IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | Civil Action No. 91-4916 |
| ) | (AJL) |
| ABLE LABORATORIES, INC.; a ) | |
| Corporation, and MURTY VEPURI, ) | |
| PAUL MANNING, and MARK FENTON, ) | |
| Individuals, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Petitioners, having submitted a Petition for Relief From Agreed Order of Permanent Injunction, and it appearing that all of the conditions for relief from the Agreed Order of Permanent Injunction entered in this case on April 8, 1992, as amended May 24, 1993, (Agreed Order) as to individual defendants Murty Vepuri and Paul Manning have been satisfied, and plaintiff United States of America having joined in this petition for the reasons stated in ¶ 6 of the Petition,

IT IS ORDERED, that Murty Vepuri is hereby released from further obligations under the Agreed Order, and the Agreed Order is terminated as to Mr. Vepuri; and it is

FURTHER ORDERED, that Paul Manning is hereby released from further obligations under the Agreed Order, and the Agreed Order is terminated as to Mr. Manning; and it is

FURTHER ORDERED, that nothing in this Order shall affect the continuing obligations of Able Laboratories, Inc., or its



successors in interest, including but not limited to A.L. Laboratories Inc., under the Agreed Order.

Dated: 4/August 95

ALFRED J. LECHNER, JR.
United States District Judge