IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 91-4916 |
| ) | (AJL) |
| ABLE LABORATORIES, INC., a ) | |
| Corporation, and MURTY VEPURI, ) | |
| PAUL MANNING, and MARK FENTON, ) | |
| Individuals, ) | |
| ) | |
| Defendants. ) | |

## PETITION FOR RELIEF FROM AGREED ORDER OF PERMANENT INJUNCTION

Petitioners, Murty Vepuri, Paul Manning and the United States, hereby petition the Court to enter an Order releasing Murty Vepuri and Paul Manning from further obligations under the terms of the Agreed Order of Permanent Injunction entered April 8, 1992, as amended May 21, 1993, (Agreed Order), a copy of which is attached as Exhibit A. In support of this Petition,

1. Petitioners Vepuri and Manning state that on October 1, 1992, petitioners Vepuri and Manning caused Able Laboratories, Inc. to be sold to A.L. Laboratories, Inc.

2. Petitioner Vepuri states that he does not own, either individually or combined, a majority interest in A.L. Laboratories, Inc., nor is he an officer, director, or employee of A.L. Laboratories, Inc.

3. Petitioner Manning states that he does not own, either individually or combined, a majority interest in A.L. Laboratories, Inc., nor is he an officer, director, or employee of A.L. Laboratories, Inc.

4.  Petitioner United States states that during the two years preceding this Petition, it did not initiate a court action based on alleged violation of the Agreed Order.

5.  Petitioners state that the foregoing facts satisfy the conditions for relief from the Agreed Order as to defendants Vepuri and Manning, as set forth in paragraphs XIII and XXII of the Agreed Order.

6.  Petitioner United States states that it joins in this petition for relief in reliance on defendants' representations, as stated in Exhibits B and C, attached and incorporated into this Petition, that paragraphs (1), (2), and (3) of this Petition are true and correct, and that neither defendant Vepuri, nor defendant Manning is, as of the date the Order releasing Murty Vepuri and Paul Manning from further obligations under the terms of the Agreed Order is entered by the Court, an employee, officer, director, or an otherwise responsible official of any business entity engaged in the manufacture, processing, packing, or holding of drugs.

**Dated: July 31, 1995.**

COUNSEL FOR DEFENDANTS

GEORGE M. BURDITT
ALAN I. BECKER
THOMAS J. MULDOON
BURDITT & RADZIUS, CHTD.
333 W. Wacker Drive
Suite 2600
Chicago, Illinois 60606
(312) 781-6633

Respectfully submitted,

Alan I. Becker
Attorney for defendants
Murty Vepuri and Paul Manning

Susan C. Cassell
Assistant United States Attorney
Federal Building
970 Broad Street, Room 502
Newark, New Jersey 07102
(201) 645-2700

DENNIS R. LAFIURA
Pitney, Hardin, Kipp & Szuch
163 Madison Avenue
P. O. Box 1945
Morristown, NJ  07962-1945
(201) 966-6300

COUNSEL FOR PLAINTIFFS

MARGARET JANE PORTER
Chief Counsel

NEAL B. PARKER
Assistant Chief Counsel
    For Enforcement
U.S. Food and Drug
    Administration
5600 Fishers Lane
Rockville, MD  20857
(301) 827-1143

Gerald C. Kell
Senior Trial Counsel
Office of Consumer Litigation
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C.  20044
(202) 307-6154